IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHOS, INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1400-JJF |
| ) | |
| DIVXNETWORKS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Archos, Inc. hereby certify that copies of (1) Plaintiff's First Set of Interrogatories to Defendant and (2) Plaintiff's First Requests for Production to Defendant, were caused to be served on March 2, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

    Jeffrey L. Moyer, Esquire
    Richards, Layton & Finger
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899-0551

**BY FEDERAL EXPRESS**

    Shaun P. Martin, Esquire
    University of San Diego School of Law
    5998 Alcala Park, Warren Hall
    San Diego, CA 92110

    David J. Richter, Esquire
    Johhny Y. Chen, Esquire
    DivXNetworks, Inc.
    4780 Eastgate Mall
    San Diego, CA 92121

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 2, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>Jeffrey L. Moyer, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899-0551

**BY FEDERAL EXPRESS**

>Shaun P. Martin, Esquire
>University of San Diego School of Law
>5998 Alcala Park, Warren Hall
>San Diego, CA 92110

>David J. Richter, Esquire
>Johhny Y. Chen, Esquire
>DivXNetworks, Inc.
>4780 Eastgate Mall
>San Diego, CA 92121

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>_/s/_
>John W. Shaw (No. 3362)
>Kevin M. Baird (No. 4219)
>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801
>(302) 571-6600
>
>Attorneys for Archos, Inc.

OF COUNSEL:

Douglas V. Rigler, Esquire
Michael Piziali, Esquire
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703-521-2297
Facsimile: 703-521-8231

Dated: March 2, 2005