IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARCHOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1400-JJF |
| | ) | |
| DIVXNETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that copies of DivXNetworks, Inc.'s Rule 26 disclosures

were delivered to the following attorneys of record in the manner and on the date indicated:

**HAND DELIVER – 03/04/2005**

John W. Shaw (# 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**UNITED STATES MAIL – 02/28/2005**

Douglas V. Rigler, Esq.
Young & Thompson
745 South 23rd Street
Arlignton, VA 22202

Jeffrey L. Moyer (#3309)
Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
king@rlf.com
Attorneys for Defendant/Counterclaim
Plaintiff Motorola, Inc.

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, I electronically filed and hand delivered the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following.

## BY HAND DELIVERY

John W. Shaw (# 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Matthew W. King (#4566)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
king@rlf.com

RLF1-2847863-1