IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-1400-JJF |
| ) | |
| DIVXNETWORKS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April, 2005, copies of DivXNetworks, Inc.'s Objections and Responses to Plaintiffs' First Request for the Production of Documents and First Set of Interrogatories were served in the manner indicated on the following counsel of record:

## BY UNITED STATES MAIL

John W. Shaw, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Douglas V. Rigler, Esq.
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

/s/ *[signature]*
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: 302-651-7700
Fax: 302-651-7701
Attorneys for DivXNetworks, Inc.

Dated: May 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted

**BY HAND DELIVERY**

John W. Shaw (# 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-2847886-1