IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1400-JJF |
| ) | |
| DIVXNETWORKS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Archos, Inc. hereby certify that copies of (1) Plaintiff's Answer to Defendant's First Set of Interrogatories to Plaintiff and (2) Plaintiff's Answer to Defendant's First Set of Requests for Production to Plaintiff, were caused to be served on August 17, 2005 upon the following counsel of record in the manner indicated below:

**BY FIRST CLASS MAIL**

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Shaun P. Martin, Esquire
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110

David J. Richter, Esquire
Johhny Y. Chen, Esquire
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 23, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

**BY FEDERAL EXPRESS**

Shaun P. Martin, Esquire
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110

David J. Richter, Esquire
Johhny Y. Chen, Esquire
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Attorneys for Archos, Inc.

OF COUNSEL:

Douglas V. Rigler, Esquire
Michael Piziali, Esquire
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703-521-2297
Facsimile: 703-521-8231

Dated: August 23, 2005