IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHOS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIVXNETWORKS, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 04-1400-JJF |
| DIVXNETWORKS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARCHOS, INC., and ARCHOS, S.A., )<br>)<br>Defendants. ) | Civil Action No. 05-240-JJF |

**STIPULATION OF DISMISSAL**

The Parties have entered into a written Settlement Agreement of September 8, 2005, the terms of which are incorporated herein by reference as if fully set forth, regarding the claims and counterclaims asserted in the above-captioned actions (the "Actions"), and the Parties agree and this Court hereby Orders that this Court retain jurisdiction with respect to the Settlement Agreement and any disputes arising out of or enforcement of this Agreement.

The Parties further agree and this Court hereby Orders that any such dispute shall be assigned to and submitted for trial and resolution without jury to the Magistrate Judge presently assigned to these Actions and, in the event of her unavailability, to such other Magistrate Judge as may be designated by this Court or as mutually agreed by the Parties. Pursuant to these provisions and the terms of the Settlement Agreement, incorporated herein by reference, these

Actions, in their entirety, are hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees.

| | |
|---|---|
| _/s/ Karen E. Keller_ | ____/s/ Matthew W. King____ |
| John W. Shaw (# 3362) | Jeffrey L. Moyer (#3309) |
| jshaw@ycst.com | Moyer@rlf.com |
| Karen E. Keller (#4489) | Matthew W. King (#4566) |
| kkeller@ycst.com | King@rlf.com |
| Young Conaway Stargatt & Taylor, LLP | Richards, Layton & Finger, P.A. |
| The Brandywine Building | One Rodney Square, P.O. Box 551 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| P.O. Box 391 | (302) 651-7700 |
| Wilmington, DE 19899-0391 | Attorneys for DivXNetworks, Inc. |
| Attorneys for Archos, Inc. and Archos, S.A. | |

Dated: November 4, 2005

Dated: November 4, 2005

    IT IS SO ORDERED on this _____ day of _____, 2005.

_____
United States District Judge